UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

<u>UNITED STATES OF AMERICA</u>           CRIMINAL ACTION

VERSUS                                   NUMBER  10-014

<u>ASHTON O'DWYER</u>                     SECTION  MAG.

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

<u>5</u>   set(s) for trial or hearing scheduled on:
         <u>TO BE DETERMINED</u>
         DATE OF TRIAL OR HEARING

/s/ CYNTHIA M. CIMINO
_____
      Attorney's Signature

500 Poydras St., Ste. 318
_____
      Attorney's Address

New Orleans, LA 70130
_____

30874
_____
      Attorney's Bar Number

Defendant
_____
      Party Attorney Represents

cynthia_m_cimino
_____
      Attorney's E-Mail