UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 10-014 MAG |
| **ORDER** | |
| VERSUS | X   Appointing Counsel |
| | ___ Substituting Counsel For: |
| ASHTON O'DWYER | |
| | ___ Ratifying Prior Service |
| | ___ Extending Appointment For Appeal |

CHARGE:

X   FELONY     ___ MISDEMEANOR

X   The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:
   **VIRGINIA SCHLUETER, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 501 MAGAZINE ST, NEW ORLEANS, LA 70130 PHONE: (504)589-2468**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

X   IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $ 500.00 per month. This amount is to be paid, beginning on 3-2-10, 2010, until further orders of the Court.

Dated at New Orleans, Louisiana, on   FEBRUARY 4, 2010

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (Only if defendant is ordered to pay)

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____ V.S. _____

FOR _____

AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **ASHTON ROBERT O'DWYER, JR.**

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: **10-14**
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

**ALLEGED THREAT TO PERSON**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed
- Name and address of employer: **SELF - BUT EARNING "ZERO" MONEY**
- IF YES, how much do you earn per month? $ **1,725 MONTHLY IN SOCIAL SECURITY**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ **N/A**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: **I HAVE BEEN VIRTUALLY PENNILESS, EXCEPT FOR LIQUIDATION OF ASSETS SINCE KATRINA. ANY INCOME, WHICH IS NOW ZERO, HAS BEEN OTHER THAN CURRENT S/S REPORTED ON INCOME TAX RETURNS SINCE KATRINA**

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ **1,250,000** DESCRIPTION **MUNICIPLE # 6034 ST. CHARLES AVE (HOME) N.O. LA. 70118**
- $ **?** **1982 Mercedes 380 SL**

**OBLIGATIONS & DEBTS**

**DEPENDENTS** — MARITAL STATUS:
- ☐ SINGLE
- ☐ MARRIED
- ☐ WIDOWED
- ☑ SEPARATED OR DIVORCED  *Not legally*

Total No. of Dependents: **NONE EXCEPT MYSELF**

List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: **PLEASE REFER TO THE SCHEDULES WHICH I FILED IN MY BANKRUPTCY CASE, NO. 09-12621 ***

Creditors / Total Debt / Monthly Paymt.: $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *[signature]*

**Feb. 4, 2010**

**\* ONE ADDITIONAL ASSET: A BRASS TELESCOPE WHICH IS AT NEW ORLEANS PLATING & POLISHING ON CARONDELET BEING POLISHED.**