UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 10-014 |
| ASHTON R. O'DWYER, JR. | * | SECTION: MAG |

**MOTION AND INCORPORATED MEMORANDUM**
**FOR EXPEDITED HEARING**

**NOW COMES** defendant Ashton O'Dwyer, through undersigned standby counsel, who respectfully moves this Honorable Court for the entry of an order granting him an expedited hearing on his Motion to Appeal Order of Detention. 18 U.S.C. § 3145 requires that this motion be determined promptly. Therefore, defendant requests that the said hearing be set on February 12, 2010 at 10:00 a.m., the time set for defendant's arraignment.

Respectfully submitted this 10th day of February, 2010.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender, Standby Counsel

/s/Cynthia Cimino
CYNTHIA CIMINO, Standby Counsel
Hale Boggs Federal Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 30874
Email: cynthia_cimino@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Greg Kennedy, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

    /s/Cynthia Cimino
CYNTHIA CIMINO
Assistant Federal Public Defender,
Standby Counsel