UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 10-34 |
| ASHTON R. O'DWYER, JR. | * | SECTION: N |

**O R D E R**

Considering the foregoing motion,

**IT IS ORDERED** that the Motion for Expedited Hearing of defendant's Motion to Appeal Order of Detention in the captioned matter be granted and that a hearing be held on the 12th day of February, 2010, at 10:00 a.m.

New Orleans, Louisiana, this __12th__ day of February, 2010.

_____
U.S. MAGISTRATE JUDGE